Adam I. Gafni, Cal. Bar No. 230045
Sascha Meisel, Cal. Bar No. 293841
LAW OFFICES OF ADAM I. GAFNI
2811 Wilshire Blvd., Suite 780
Santa Monica, California 90403
Tel: (424) 744-8344
Fax: (424) 488-1344
E-mail: adam@gafnilaw.com; sascha@gafnilaw.com

Attorneys for Plaintiff, BARRY ROSEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br><br>         Plaintiff,<br><br>vs.<br><br>R & R AUCTION COMPANY, LLC DBA RR AUCTION; R&R ENTERPRISES COMPANY; ROBERT "BOB" OR "BOBBY" EATON; and DOES 1-10.<br><br>         Defendants. | Case No.: CV **15-07950 BRO**<br><br>Assigned for all purposes to the Honorable Beverly Reid O'Connell<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hearing Date: August 22, 2016<br>Time: 1:30 PM<br>Complaint filed: October 9, 2015<br>Trial Date: October 25, 2016<br>Courtroom: 14 – Spring St. Level |

Upon presentation of Plaintiff's Stipulation for Dismissal with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Defendants R&R Auction Company, LLC dba RR Auction; R&R Enterprises Company; and Robert "Bob" Eaton are dismissed with prejudice. All

1  DOE Defendants are dismissed without Prejudice. All parties are to bear their own
2  fees and costs.
3
4
5  **IT IS HEREBY ORDERED**
6  Dated: October 12, 2016
7  _____
   HONORABLE BEVERLY REID O'CONNELL
   UNITED STATES DISTRICT COURT JUDGE